UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARETHA J. ALLEN-WIMBUSH,<br><br>Plaintiff,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM (MARY BRIDGE CHILDREN'S HOSPITAL), et al.,<br><br>Defendants. | CASE NO. C09-5413BHS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendants' motion for summary judgment. Dkt. 35. Defendants' motion seeks summary judgment and dismissal of all of Plaintiff Claretha J. Allen-Wimbush's ("Allen-Wimbush") claims alleged in her complaint. *Id*. Allen-Wimbush has failed to file a response to the motion. Accordingly, the Court concludes that Defendants' motion for summary judgment should be granted. *See* LR 7(b)(2) (stating that "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit").

The Court, having considered the pleadings filed in support of the motion and the remainder of the file, does hereby find and **ORDER** that Defendants' motion for summary judgment (Dkt. 35) is **GRANTED** and the claims alleged in Allen-Wimbush's complaint are **DISMISSED with prejudice**.

DATED this 19th day of January, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER